IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA ELENA OCHOA; SHAINA RICKS, MARY RICKS, and FAIR HOUSING COUNCIL OF SOUTH TEXAS,<br><br>        Plaintiff,<br>v.<br><br>D.R. HORTON, INC. and CONTINENTAL HOMES OF TEXAS, LP<br><br>        Defendants. | Case No. 5:23-cv-1416-FB-RBF |

**PLAINTIFFS' MOTION FOR EXTENSION TO CURE DEFECT AND OBTAIN APPOINTMENT AS PERSONAL REPRESENTATIVE**

Pursuant to the Court's July 14, 2025 Order regarding Plaintiff Maria Elena Ochoa's serving as the personal representative to sue on behalf of the Estate of Vicente Ochoa, Dkt. No. 67, Plaintiffs respectfully request an extension for Ms. Ochoa to obtain appointment as personal representative of Vicente Ochoa's estate. Pursuant to Local Rule CV-7(g), Plaintiffs and Defendants have conferred, and Defendants do not oppose this motion.

On July 14, 2025, the Court issued an Order requiring Ms. Ochoa and the Estate of Vicente Ochoa to cure the defect of Ms. Ochoa's not being the personal representative and executrix of Vicente Ochoa's estate by requiring Ms. Ochoa to probate Vicente Ochoa's will within thirty days of the issuance of the Order. Dkt. No. 67.

Ms. Ochoa immediately began the process of probating Vicente Ochoa's will, and on July 23, 2025, Ms. Ochoa filed her Application for Probate of Will and for Letters Testamentary in Bexar County, Texas. *See* Exhibit 1. Ms. Ochoa has been informed that the hearing for probate

of will and appointment of Ms. Ochoa as personal representative is scheduled for August 25, 2025, twelve days after the Court's August 13, 2025 deadline. *See* Exhibit 2.

    For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs an extension of 30 days to September 12, 2025 to obtain appointment of Ms. Ochoa as personal representative of Mr. Ochoa's estate.

Date: August 8, 2025
    /s/ Reed Colfax
Reed Colfax (Bar No. 471430)
Zoila Hinson (admitted *pro hac vice*)
Emahunn Campbell (admitted *pro hac vice*)
RELMAN COLFAX, PLLC
1225 19th St., NW
Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
Email: rcolfax@relmanlaw.com
Email: zhinson@relmanlaw.com
Email: ecampbell@relmanlaw.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a true and correct copy of the foregoing Plaintiffs' Opposition to Defendants' Motion to Stay Discovery was served via the CM/ECF system upon all parties listed below:

Carl R. Dawson
Thomas R. Dawson
RYAN & DAWSON
770 South Post Oak Lane, Suite 600
Houston, TX 77056
Phone: (713) 960-1555
Fax: 713-960-8491
cdawson@rdlaw.com
tdawson@rdlaw.com

/s/ Reed Colfax
Reed Colfax
*Attorney for Plaintiffs*