# EXHIBIT 1

2025-PC2-02516

E-FILED
IN MATTERS OF PROBATE
Submit: 7/23/2025 4:42 PM
Lucy Adame-Clark
CLERK OF THE PROBATE COURTS
BEXAR COUNTY, TEXAS
BY: Tracy Bosmans
2025-PC2-02516

No. _____

| | | |
|---|---|---|
| ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| VICENTE E. OCHOA, | § | PROBATE COURT NO. \_\_ |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

POST NOTICE

## APPLICATION FOR PROBATE OF WILL AND FOR LETTERS TESTAMENTARY

**Applicant:** MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/ka MARIA ELENA OCHOA

**Decedent:** VICENTE E. OCHOA

Applicant files this application for an order admitting to probate the Will of Decedent, for the appointment of MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA as Independent Executrix, and for issuance of letters testamentary, and shows the Court as follows:

*Applicant*

1. Applicant, MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/ka MARIA ELENA OCHOA, is domiciled in Bexar County, and may be served at 9322 Storm Falls, Atascosa, Texas 78002. The last three digits of MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA's Social Security number are 755. The last three digits of MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA's Texas driver's license are 685.

*Domicile of Decedent and Age on Date of Death*

2. Decedent, VICENTE E. OCHOA, was domiciled at 8106 Radiant Star, San Antonio, Bexar County, Texas 78252. On the date of death, Decedent was 95 years old and was a widower.

*Date and Place of Death*

3. Decedent died on May 31, 2023 in San Antonio, Bexar County, Texas.

*Decedent's Identifying Information*

4. The last three digits of Decedent's Social Security number are 422. The last three digits of Decedent's Texas driver's license/ID Card number are 757.

*Jurisdiction and Venue*

5. This Court has jurisdiction over this matter and venue is proper because Decedent resided in this county and had a domicile or fixed place of residence in San Antonio, Bexar County, Texas.

*Time Between Date of Death and Application*

6. Four years have not elapsed since the date of Decedent's death and before the application.

*Property*

7. Decedent owned personal property having an aggregate probable value of at least $10,000.

*Details of Will*

8. Decedent executed a valid, written Will on November 9, 2007, which was never revoked. The Will, which is filed with this application, was made self-proved as provided by Section 251.104 of the Texas Estates Code.

*Subscribing Witnesses to the Will*

9. The subscribing witnesses to the Decedent's Will are ANGELITA VILLARREAL and GUADALUPE L. RAMIREZ.

*Executor Facts*

10. Decedent's Will names MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA, whose address is 9322 Storm Falls, Atascosa, Bexar County, Texas 78002, to serve as independent executrix without bond and names ERNESTO OCHOA as alternate independent executor should MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA be unable to serve and names GREGORIA RITA HAVEL, as an alternate should MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA and ERNESTO OCHOA be unable to serve.

*Qualification for Letters Testamentary*

11. MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA has not been convicted of a felony and is not disqualified by law from accepting letters testamentary.

*After-Born Children*

12. No children were born to or adopted by Decedent after execution of the Will.

*Marriage Dissolution After Execution of Will*

13. No marriage of Decedent was ever dissolved after the execution of the Will.

*Devisees Under Section 256.052, Texas Estates Code*

14. Decedent's Will does not name the State of Texas, an agency of the state, or a charitable organization as a devisee.

*Required Information*

15. Pursuant to Section 256.052(b) of the Texas Estates Code, no information required for this application has been omitted.

*Relief Requested*

16. Applicant requests that citation issue to all persons having any interest in Decedent's estate as required by law, that Decedent's Will be admitted to probate, that MARIA ELENA BAGGETT, n/k/a MARIA ELENA FERNANDEZ, f/k/a MARIA ELENA OCHOA be appointed as Independent Executrix and receive letters testamentary, and that no action be had in this court in relation to the settlement of such estate other than the probating and recording of such Will and the filing of an inventory, appraisement, and list of claims of such estate, or an affidavit in lieu of the inventory, and that this Court enter all other orders it deems proper.

Respectfully submitted,

WEST & WEST, GREER & ESTORGA

_____
DEAN W. GREER, SBN 08414100
MATTHEW D. JOHNSON, SBN 24098890
2929 Mossrock, Suite 204
San Antonio, Texas 78230
(210) 340-2200 telephone
(210) 340-2577 facsimile
luzma@wwgelaw.com

Attorney for Applicant