# EXHIBIT 2

CAUSE NO. 2025-PC2-02516

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| VICENTE E. OCHOA, | § | NO. 2 |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

NOTICE OF ORDER SETTING HEARING

Please take notice that the **Application to Probate Original Will and for Letters Testamentary** is set on **August 25, 2025** at **3:05 p.m.**, *via ZOOM*, made public in Probate Court No. 2, Room 1.23, 100 Dolorosa, Bexar County, San Antonio, Texas 78205.

> *Zoom Information to Join Meeting*
> https://txcourts.zoom.us/j/82534250817
> **Backup Dial-In Option:**
> (346) 248-7799
> **Enter Meeting ID: 825 3425 0817**
> Press # twice

Date Signed 8/5/2025

DEAN W. GREER, SBN 08414100
MATTHEW D. JOHNSON, SBN 24098890
2929 Mossrock, Suite 204
San Antonio, TX 78230
(210) 340-2200 telephone
(210) 340-2577 facsimile
luzma@wwgelaw.com
*ATTORNEYS FOR APPLICANT*

DATE SIGNED: _____

JUDGE VASQUEZ
Bexar County Probate Court #2