# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA ELENA OCHOA, Individually and as Personal Representative of the Estate of Vicente Ochoa; SHAINA RICKS, MARY RICKS, and FAIR HOUSING COUNCIL OF SOUTH TEXAS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>D.R. HORTON, INC. and CONTINENTAL HOMES OF TEXAS, LP<br><br>　　　　　Defendants. | Case No. 5:23-cv-1416-FB-RBF |

## JOINT STATUS REPORT

Pursuant to this Court's October 17, 2024 Order, ECF 66, the Parties submit this Joint Status Report.

1. Following the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, ECF 71, the Parties have conferred regarding the possibility of settlement in this matter.

2. The Parties have agreed to hire a mediator and to schedule a mediation to attempt to resolve this matter.

3. The Parties will file a status report identifying the mediator, the date of the mediation, and any additional deadlines, including deadlines for potential motions, that the Parties believe will facilitate resolution of this matter by November 5, 2025.

Date: <u>October 15, 2025</u>                    Respectfully Submitted,

/s/ *Zoila Hinson*_____
Reed Colfax (Bar No. 471430)
Zoila Hinson (admitted *pro hac vice*)
RELMAN COLFAX PLLC
P: (202) 728-1888
F: (202) 728-0848
1225 19th Street NW, Suite 600
Washington, DC 20036
rcolfax@relmanlaw.com
zhinson@relmanlaw.com
*ATTORNEYS FOR PLAINTIFFS*

/s/ *Carl Dawson*_____
Carl Dawson
TBN 05599100
Thomas R. Dawson
TBN 24125195
Ryan & Dawson
770 South Post Oak Lane, Ste. 600
Houston, Texas 77056
Tel: (713) 960-1555
Fax: (713) 960-8497
Email: cdawson@rdlaw.com
Email: tdawson@rdlaw.com
*ATTORNEYS FOR DEFENDANTS
D.R. HORTON, INC. and
CONTINENTAL HOMES OF TEXAS, LP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2025, a true and correct copy of the foregoing Joint Status Report was served via the CM/ECF system upon all parties listed below:

Carl R. Dawson
Thomas R. Dawson
RYAN & DAWSON
770 South Post Oak Lane, Suite 600
Houston, TX 77056
Phone: (713) 960-1555
Fax: 713-960-8491
cdawson@rdlaw.com
tdawson@rdlaw.com

                                        */s/ Zoila Hinson*
                                        Zoila Hinson
                                        *Attorney for Plaintiffs*