IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA ELENA OCHOA, Individually and as Personal Representative of the Estate of Vicente Ochoa; SHAINA RICKS, MARY RICKS, and FAIR HOUSING COUNCIL OF SOUTH TEXAS,<br><br>       Plaintiff,<br>  v.<br><br>D.R. HORTON, INC. and CONTINENTAL HOMES OF TEXAS, LP,<br><br>       Defendants. | Case No. 5:23-cv-1416-FB-RBF |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report regarding the Parties' settlement activities.

1. On October 15, 2025, the Parties filed a Joint Status Report, ECF 76, notifying the Court that they had agreed to hire a mediator and schedule a mediation to attempt to resolve this matter. The Parties also stated that they would file a status report identifying the mediator and the date of the mediation by November 5.

2. Since filing the Joint Status Report, the Parties have agreed to use Don Philbin as the mediator in this matter.

3. The Parties have agreed to engage in mediation on December 1, 2025. Mr. Philbin is available on that date, and the parties and Mr. Philbin's office are currently confirming and finalizing the details for the mediation.

4. The Parties will provide the Court with an updated status report regarding the outcome or status of the mediation on or before December 5, 2025.

| | |
|---|---|
| Date: <u>November 5, 2025</u> | Respectfully Submitted,<br><br><u>/s/ Zoila Hinson</u><br>Zoila Hinson (admitted *pro hac vice*)<br>Reed Colfax (Bar No. 471430)<br>RELMAN COLFAX PLLC<br>P: (202) 728-1888<br>F: (202) 728-0848<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036<br>rcolfax@relmanlaw.com<br>zhinson@relmanlaw.com<br>*ATTORNEYS FOR PLAINTIFFS*<br><br><u>/s/ Carl Dawson</u><br>Carl Dawson<br>TBN 05599100<br>Thomas R. Dawson<br>TBN 24125195<br>Ryan & Dawson<br>770 South Post Oak Lane, Ste. 600<br>Houston, Texas 77056<br>Tel: (713) 960-1555<br>Fax: (713) 960-8497<br>Email: cdawson@rdlaw.com<br>Email: tdawson@rdlaw.com<br>*ATTORNEYS FOR DEFENDANTS*<br>*D.R. HORTON, INC. and*<br>*CONTINENTAL HOMES OF TEXAS, LP* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2025, a true and correct copy of the foregoing Joint Status Report was served via the CM/ECF system upon all parties listed below:


Carl R. Dawson
Thomas R. Dawson
RYAN & DAWSON
770 South Post Oak Lane, Suite 600
Houston, TX 77056
Phone: (713) 960-1555
Fax: 713-960-8491
cdawson@rdlaw.com
tdawson@rdlaw.com


                                      */s/ Zoila Hinson*
                                      Zoila Hinson
                                      *Attorney for Plaintiffs*