**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MARIA ELENA OCHOA, Individually and as Personal Representative of the Estate of Vicente Ochoa, SHAINA RICKS, MARY RICKS, and FAIR HOUSING COUNCIL OF SOUTH TEXAS,<br><br>   Plaintiffs,<br>  v.<br><br>D.R. HORTON, INC. and CONTINENTAL HOMES OF TEXAS, LP,<br><br>   Defendants. | Case No. 5:23-cv-1416-FB-RBF |

## JOINT STATUS REPORT

   Pursuant to the Parties' November 5, 2025 Joint Status Report, ECF 77, the Parties hereby submit this Joint Status Report regarding the Parties' settlement activities.

   1.  The Parties held a hybrid mediation with mediator Don Philbin on December 1, 2025. The Parties engaged in productive discussions throughout the course of the day.

   2.  The Parties did not reach agreement on a final resolution, but did agree to reach out to Judge Farrer to seek assistance on an issue that the Parties could not resolve.

   3.  On December 4, 2025, the Parties submitted an informal request to Judge Farrer for assistance in their discussions.

   4.  The Parties anticipate proposing a schedule for the next steps in the settlement negotiation process after learning what assistance Judge Farrer can provide.

Date: December 5, 2025

/s/ *Zoila Hinson*
Reed Colfax (Bar No. 471430)
Zoila Hinson (admitted *pro hac vice*)
RELMAN COLFAX, PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
zhinson@relmanlaw.com

*Attorneys for Plaintiffs*

/s/ *Carl Dawson*
Carl R. Dawson (Bar No. 24125195)
Thomas R. Dawson
RYAN & DAWSON
770 South Post Oak Lane, Suite 600
Houston, TX 77056
Phone: (713) 960-1555
Fax: 713-960-8491
cdawson@rdlaw.com
tdawson@rdlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing Joint Status Report was served via the CM/ECF system upon all parties.

/s/ *Zoila Hinson*
Zoila Hinson
Attorney for Plaintiffs